BACKUS v. TRUMBULL MOTOR CAR CO.

APPEAL AND ERROR—DISMISSAL—JUDGMENT.
There being no final judgment in the case, the writ of error must be dismissed.

Error to Wayne; Hally, J.   Submitted June 14, 1916. (Docket No. 89.)   Decided December 22, 1916.

Assumpsit by Henry N. Backus and others against the Trumbull Motor Car Company for breach of contract. A plea in abatement was ordered stricken from the files. Defendent brings error. Dismissed.

*Moore & Moore*, for appellant.
*Albert McClatchey*, for appellees.

MOORE, J.   This case has been in this court before. It is reported in *Trumbull Motor Car Co.* v. *Circuit Judge*, 189 Mich. 554 (155 N. W. 532). A reference to the opinion there rendered will make a long statement of facts unnecessary. After the opinion referred to was handed down, a plea in abatement was filed, and later upon motion was stricken from the files. No final judgment was ever entered. The case is brought here by writ of error.

We think, there being no final judgment in the case, the writ of error must be dismissed. See *Brady* v. *Railroad Co.*, 73 Mich. 457 (41 N. W. 503), and *Steel* v. *Circuit Judge*, 133 Mich. 695 (95 N. W. 993).

The writ of error is dismissed, with costs to appellee.

STONE, C. J., and KUHN, OSTRANDER, BIRD, STEERE, BROOKE, and PERSON, JJ., concurred.